1 FERNANDO HARO III 
 P.O. BOX 81972 
2 LAS VEGAS, NV 89180 
3 (702) 918-1910 
 fernando.haro.iii@gmail.com 
4 
 IN PROPER PERSON 
5 
 UNITED STATES DISTRICT COURT 
6 
7 DISTRICT OF NEVADA 
8 FERNANDO HARO III, an individual; CASE NO.: 2:20-cv-02113-APG-DJA 
9 Plaintiff, 
10 vs. 
 STIPULATION AND ORDER TO 
11 
 KRM, INC. d.b.a. “THOMAS KELLER EXTEND TIME FOR PLAINTIFF TO 
12 RESTAURANT GROUP”, a foreign FILE REPLY IN SUPPORT OF 
 corporation; and KVP, LP d.b.a. “BOUCHON MOTION TO FILE DECLARATION 
13 AT THE VENETIAN,” a foreign Limited AND ADDITIONAL EVIDENCE 
14 Liability Company; 

 (Second Request) 
15 Defendants. 
16 
17 
18 Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, in proper person, and 
19 Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group (“KRM”) and KVP, LP d.b.a. 
20 
 Bouchon at the Venetian (“Bouchon”) (collectively, “Defendants”), by and through their 
21 
 attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees 
22 
 Scully Mansukhani LLP, hereby stipulate and agree as follows: 
23 
24 
 1. On January 10, 2022, Plaintiff filed a Motion for Leave to File Declaration and 
25 
 Additional Evidence. ECF No. 55. 
26 
27 
28 1 
1 2. On January 24, 2022, Defendants filed their response in Opposition to Plaintiff’s 
2 Motion to File Declaration and Additional Evidence. ECF No. 62. 
3 
 3. The deadline for Plaintiff to file a reply in support of his Motion for Leave to File 
4 
 Declaration and Additional Evidence was January 31, 2022. 
5 
6 4. Due to illness, Plaintiff was unable to file his reply by January 31, 2022. 
7 5. Plaintiff requested an extension to February 8, 2022, to file his reply. 
8 6. Due to continued illness, Plaintiff is unable to file his reply by February 8, 2022. 
9 
 7. Plaintiff requests a one (1) week extension to February 15, 2022, to file his reply. 
10 
 8. There are currently no scheduled hearings in this case and Plaintiff’s sought 
11 
12 extension will not unduly delay the proceedings. 
13 9. Defendants do not oppose an extension up to and including February 15, 2022. 
14 8. Accordingly, Plaintiff shall have until February 15, 2022, to file his reply in 
15 
 support of his Motion for Leave to File Declaration and Additional Evidence. 
16 
 // 
17 
18 // 
19 // 
20 // 
21 
 // 
22 
 // 
23 
24 // 
25 // 
26 // 
27 
 // 
28 2 
1 ||DATED this 8th day of February 2022 DATED this 8th day of February 2022 
2 GORDON REES SCULLY FERNANDO HARO II 
3 || MANSUKHANI 
4 
5 Dione C. Wrenn /s/ Fernando Haro 
6 |} ROBERT S. LARSEN, ESQ. FERNANDO HARO III 
 Nevada Bar No. 7785 P.O. Box 81972 
7 DIONE C. WRENN, ESQ. Las Vegas, NV 89180 
g || Nevada Bar No. 13285 Plaintiff in Proper Person 
 300 South 4" Street, Suite 1550 
9 Vegas, Nevada 89101 
 Attorneys for Defendants, 
10 KRM, Inc, d.b.a. Thomas Keller Restaurant 
11 ||Group and KVP, LP d.b.a. Bouchon at the Venetian 
12 
B IT IS SO ORDERED. 

15 UNITED STATES DISTRICT JUDGE 
16 
 DATED: February 9, 2022 
17 
18 
19 
20 
21 
22 
23 
24 
25 
26 
27 
28